UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco/Oakland Division)

| | |
|---|---|
| PAUL A. BOJANOWER, an individual<br><br>Plaintiff,<br><br>v.<br><br>DESERT GOLF HOMES DEVELOPMENT, LLC, an Indiana limited liability company; LYMAN D. EATON, an individual,<br><br>Defendants. | Case No.: C 09-05042 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND RELATED DATES<br><br>[F.R.C.P. 6(b)(1)] |

On January 15, 2010, plaintiff, PAUL A. BOJANOWER ("plaintiff"), requested that this Court, pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1) continue the initial case management conference and ADR deadlines and related dates.

This Court, having considered plaintiff's papers in support of said request and finding good cause therefor,

-1-

**IT IS ORDERED THAT:**

The dates ordered by this Court on October 23, 2009 shall be continued 90-days as follows:

1. April 15, 2010: Last Day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file ADR Certification; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.
2. April 29, 2010: Last day to file Federal Rule of Civil Procedure ("FRCP") Rule 26(f), complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement.
3. May 7, 2010: Initial Case Management Conference. at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: Jan. 19, 2010



HON. CHARLES R. BREYER

Case No. C 09-05042 CRB

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CMC AND ADR AND RELATED DATES

-2-