Ronald C. Chauvel (SBN 083182) [email: ron@chauvellaw.com]
April S. Glatt, Esq. (SBN 185708 [email: april@chauvellaw.com]
CHAUVEL & DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, California 94402
Telephone: 650-573-9500
Facsimile: 650-573-9689

Attorneys for Plaintiff,
Paul A. Bojanower

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco/Oakland Division)

| | |
|---|---|
| PAUL A. BOJANOWER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DESERT GOLF HOMES DEVELOPMENT, LLC, an Indiana limited liability company, LYMAN D. EATON, an individual,<br><br>Defendants. | Case No. C 09-05042 CRB<br><br>[PROPOSED] ORDER TO CHANGE NAME OF CREDITOR NUNC PRO TUNC |

The Application for Entry of Default Judgment by the Court (the "Application"), made pursuant to Federal Rules of Civil Procedure, Rule 55(b)(2) and filed by plaintiff, Paul A. Bojanower ("plaintiff") was granted by the Court on July 2, 2010 as Document 28 (see Court Default Judgment attached as **Exhibit A**).

Plaintiff, Paul A Bojanower died on August 16, 2012 (copy of Death Certificate is attached as **Exhibit B**)

Mr. Bojanower's children: Karyn Wolff, Kathryn Bienvenu and Chris Bojanower are the trustees and beneficiaries of Mr. Bojanower's Estate (copy of the Paul A. Bojanower Revocable Trust dated May 10, 2000 is attached as **Exhibit C**).

///

///

-1-

On behalf of the trustees, we ask the Court to Amend the Judgment in favor of plaintiff, Paul A. Bojanower, to change the name of the creditor to: the children of Paul A. Bojanower, namely Karyn Wolff, Kathryn Bienvenu and Chris Bojanower.

**IT IS HEREBY ORDERED THAT**

1. Plaintiff's Application for Amended Entry of Default Judgment by the Court is granted, re-naming the Judgment Creditor as the children of Paul A. Bojanower, namely, Karyn Wolff, Kathryn Bienvenu and Chris Bojanower.

2. The Default Judgment against defendants remains in the amount of $958,202.45. It is now payable to the children of Paul A. Bojanower, namely Karyn Wolff, Kathryn Bienvenu and Chris Bojanower, the amended judgment creditors.

3. This Order changes the name of the judgment creditor and is entered nunc pro tunc as of July 2, 2010, the date the original default judgment was entered.

Dated: __Nov. 19___, 2012



HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer